UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIFFANY SMITH,

                Plaintiff,                                         JUDGMENT
                                                              10-CV-714 (RRM)(LB)
   - against -

NYC HEALTH AND HOSPITAL CORP.,

                Defendant.
----------------------------------------------------------X

      A Memorandum and Order of the undersigned having been issued this day granting defendant's motion for summary judgment, dismissing plaintiff's claims, and directing the Clerk of the Court to close this case; it is

      ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; the amended complaint is dismissed with prejudice; and that this case is hereby closed.


Dated: Brooklyn, New York                             *Roslynn R. Mauskopf*
       June 18, 2013                                 _____
                                                         ROSLYNN R. MAUSKOPF
                                                         United States District Judge